GEORGE VAN KUREN, Plaintiff, v. FANNIE MCNAUGHTON, Respondent,

and MARSHAL MCNAUGHTON, Appellant.— Motion granted and appeal dismissed, as against Fannie McNaughton, with costs.